USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHELE GRIFFITH,<br><br>Plaintiff,<br><br>- against -<br><br>QUEST DIAGNOSTICS, INCORPORATED ET AL.,<br><br>Defendants. | **26-CV-5834 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the parties' pre-motion letters concerning the Defendants' contemplated motions to dismiss. Consistent with this Court's Individual Practices and the liberal standard endorsed by Federal Rule of Civil Procedure 15(a)(2), the Court grants Plaintiff's request for leave to file an Amended Complaint. Plaintiff shall file an Amended Complaint within twenty-one (21) days of the date of this Order.

**SO ORDERED.**

Dated: 2 September 2026
New York, New York

_______________________
Victor Marrero
U.S.D.J.