USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHELE GRIFFITH,

Plaintiff,

\- against -

QUEST DIAGNOSTICS INC. ET AL.,

Defendants.

**26-CV-5834 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the letters regarding Plaintiff's amended complaint and Defendants' anticipated motion to dismiss Plaintiff's amended complaint. (See Dkt. Nos. 17, 18, 21, 22.)

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing.

If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated: 13 November 2026
New York, New York

_______________________________
Victor Marrero
U.S.D.J.